OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 27 2015

1/26/2015
**Eikelboom, Stephen Farrell    Tr. Ct. No. 94-650-K277A**          **WR-81,534-02**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

STEPHEN FARRELL EIKELBOOM
WILSON COUNTY JAIL
800 10TH ST, UNIT 4
P.O. BOX 7
FLORESVILLE, TX 78114

U.T.F

N3B 78114